IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

S.L.V.M. CYNDIE DE SILVA,              )
       Petitioner,                 )
                                   )
v.                                      )     Case No. CIV-06-004-WH
                                   )
PAUL E. PITTS and SABRINA PITTS,        )
       Respondents.                )

## ORDER

Before the Court are the petitioner's objections to court findings and recommendation[1]. This Court referred to the United States Magistrate Judge the petitioner's emergency petition for return of child. Following evidentiary hearing, the Magistrate Judge entered Findings and Recommendation, recommending that the petition be denied.

The Court has conducted de novo review pursuant to Rule 72(b) F.R.Cv.P. and finds that the cogent and thorough Findings and Recommendation should be adopted and affirmed.

It is the Order of the Court that the petitioner's emergency petition for return of child is hereby DENIED. The minor child shall remain with Respondents pending the resolution of custodial issues with the District Court in and for Carter County, Oklahoma.

**ORDERED THIS 9th DAY OF MARCH, 2006.**

_____
Ronald A. White

---

[1] Petitioner has been represented by counsel throughout these proceedings, but the objections now before the Court have been signed by the petitioner personally. Moreover, the certificate of mailing does not indicate the objections were sent to opposing counsel. Under the circumstances, the Court has elected to consider the objections and issue a ruling.